UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LOUISA RESENDES )
CHARLES SMITH ) [redacted] 06 286ML
)
v. ) C. A. NO.
)
NICOLE BROWN )

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND:

1. The United States Department of Justice and Robert C. Corrente, United States Attorney for the District of Rhode Island, are defendants in an action in the Family Court of Providence County, State of Rhode Island, entitled Louisa Resendes et al. v. Nicole Brown, FC No. P20043-2260M, commenced on or about January, 2004. A copy of a Petition and Complaint and Motion to Hold in Contempt were received in the United States Attorney's Office on June 15, 2006.

2. The attached documents are copies of the pleadings that were mailed to the United States Attorney. Certified or attested copies of all records and proceedings in the Providence County, Rhode Island Family Court and a certified or attested copy of all docket entries there, including the filing of a copy of this Notice of Removal, will be listed with this Court within ten days as required by Local Rule 36(b).

3. The facts as alleged in the Petition and Complaint and Motion to Hold in Contempt in the above-described action represent a civil action commenced in State Court against an agency

of the United States of America. Such action may removed to this Court pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1442(a)(1).

WHEREFORE, the petitioner prays that the above-described action pending in the Family Court, Providence County, State of Rhode Island, be removed therefrom to this Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
401/709-5000
401/709-5017 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2006, I caused a copy of the Notice of Removal to forwarded, by postage prepaid mail, to:

Louisa Resendes
Charles Smith
51 Drowne Street
Cranston, RI 02905

Rhode Island Attorney General
150 South Main Street
Providence, RI 02903

Rhode Island State Police
311 Danielson Pike
Scituate, RI 02857

Witness Protection Review Board
State House Room 217
82 Smith Street
Providence, RI 02903

Denise C. Aiken, Esq.
Rhode Island Legal Services
56 Pine Street
Providence, RI 02903

Jan Head, Esq.
1345 Warwick Avenue
Warwick, RI 02888

Nancy A. DeQuinzio