UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LOUISA RESENDES )
CHARLES SMITH )
)
v. ) C. A. NO. 06-286 ML
)
NICOLE BROWN )

CERTIFICATION

Pursuant to Local Rule 36(b), the United States of America hereby files certified copies of all pleadings together with a certified copy of the docket sheet reflecting the filing date of the petition for removal.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
401/709-5000
401/709-5017 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___ day of June, 2006, I caused a copy of the Certification to forwarded, by postage prepaid mail, to:

Louisa Resendes
Charles Smith
51 Drowne Street
Cranston, RI 02905

Rhode Island Attorney General
150 South Main Street
Providence, RI 02903

Rhode Island State Police
311 Danielson Pike
Scituate, RI 02857

Witness Protection Review Board
State House Room 217
82 Smith Street
Providence, RI 02903

Denise C. Aiken, Esq.
Rhode Island Legal Services
56 Pine Street
Providence, RI 02903

Jan Head, Esq.
1345 Warwick Avenue
Warwick, RI 02888

Nancy A. DiQuinzio

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
FAMILY COURT DOMESTIC
CIVIL DOCKET SHEET

## CASE INFORMATION

| | | |
|---|---|---|
| Case ID: | P20042260M | LOUISA RESENDES vs. NICOLE BROWN |
| | | Next Scheduled Event: 10-JUL-2006 CONT.TRACK MOTION |
| Filing Date: | 08-SEP-2004 | |
| Case Status: | MISCELLANEOUS TRACK COMP FILED | |
| Grounds: | MISCELLANEOUS COMPLAINT | |
| Assigned Judge: | JUDGE MURRAY | Related Cases: |
| Incarcerated: | | |

## PARTY INFORMATION

Plaintiff: LOUISA RESENDES
DOB:
ID: @10561676

Attorney: PRO SE

Defendant: NICOLE BROWN
DOB:
ID: @10328698

Attorney: DENISE AIKEN
56 PINE STREET, SUITE #4
PROVIDENCE, RI 02903
Telephone: (401) 274-2652

Parties: GAL JANICE HEAD
GAL JANICE HEAD

## WARRANT INFORMATION

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

CLERK
TRUE COPY ATTEST

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
FAMILY COURT DOMESTIC
CIVIL DOCKET SHEET

Case ID: P20042260M

LOUISA RESENDES vs. NICOLE BROWN
Next Scheduled Event: 10-JUL-2006 CONT.TRACK MOTION

DOCKET INFORMATION

| Date | Description | Text |
|---|---|---|
| 08-SEP-2004 | AUTOMATIC COURT ORDERS DR-42 | 80 CHIEF JUDGE JEREMIAH |
| 08-SEP-2004 | AFFIDAVIT FILED | |
| 08-SEP-2004 | MISC TRACK COMPLAINT FILED | |
| 08-SEP-2004 | ORDER ENTERED | 29 JUDGE BEDROSIAN |
| 08-SEP-2004 | DR6 FILED | |
| 08-SEP-2004 | MOTION FOR CUSTODY FILED | |
| 20-SEP-2004 | CONTINUED FOR MOTIONS | 54 JUDGE MURRAY |
| 20-SEP-2004 | ENTRY OF APPEARANCE | |
| 20-SEP-2004 | PREVIOUS ORDERS FF&E | 54 JUDGE MURRAY |
| 20-SEP-2004 | REFER TO INVESTIGATION | |
| 22-SEP-2004 | REPORT FILED | |
| 05-OCT-2004 | CONTINUED FOR MOTIONS | 54 JUDGE MURRAY |
| 15-OCT-2004 | ORDER ENTERED | 82 JUDGE CAPINERI |
| 21-OCT-2004 | MOTION TO AMEND | |
| 21-OCT-2004 | MISCELLANEOUS MOTION FILED | |
| 27-OCT-2004 | CONTINUED FOR MOTIONS | 54 JUDGE MURRAY |
| 27-OCT-2004 | HEARD ON MISCELLANEOUS MOTION | 54 JUDGE MURRAY |
| 27-OCT-2004 | DENIED | 54 JUDGE MURRAY |
| 12-NOV-2004 | MOTION TO WITHDRAW | |
| 12-NOV-2004 | ORDER ENTERED | |
| 17-NOV-2004 | CONTINUED FOR PRE TRIAL | |
| 17-NOV-2004 | COURT APPOINTED G.A.L. | |
| 18-NOV-2004 | AMENDED COMPLAINT FILED | |
| 24-NOV-2004 | CONTINUED FOR PRE TRIAL | 54 JUDGE MURRAY |
| 24-NOV-2004 | REFERRED TO MEDIATION | |
| 08-DEC-2004 | CONTINUED FOR TRIAL | 54 JUDGE MURRAY |
| 10-DEC-2004 | ORDER ENTERED | 107 GEN MAGISTRATE O'BRIEN |
| 13-DEC-2004 | OBJECTION FILED | |
| 13-DEC-2004 | REPORT FILED | |
| 05-JAN-2005 | PASSED | 54 JUDGE MURRAY |
| 10-JAN-2005 | CONTINUED FOR TRIAL | |
| 10-JAN-2005 | ANSWER FILED | |
| 10-JAN-2005 | ORDER ENTERED | 54 JUDGE MURRAY |
| 10-JAN-2005 | TERMS DECREE READ INTO REC | |
| 10-JAN-2005 | ORDER TO ENTER | |
| 10-JAN-2005 | MISCELLANEOUS MOTION FILED<br>Affiliated Party: BROWN, NICOLE | TO ENTER ORDER OOT |
| 18-JAN-2005 | ENTRY OF APPEARANCE | |
| 18-JAN-2005 | HEARD ON MISCELLANEOUS MOTION | 54 JUDGE MURRAY |
| 18-JAN-2005 | GRANTED | 54 JUDGE MURRAY |

CLERK
TRUE COPY ATTEST

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
FAMILY COURT DOMESTIC
CIVIL DOCKET SHEET

Case ID: P20042260M    LOUISA RESENDES vs. NICOLE BROWN
Next Scheduled Event: 10-JUL-2006 CONT.TRACK MOTION

DOCKET INFORMATION

| Date | Description | Text |
| --- | --- | --- |
| 18-JAN-2005 | ORDER TO ENTER | |
| 18-JAN-2005 | TERMS DECREE READ INTO REC | |
| 16-FEB-2005 | PASSED | 54 JUDGE MURRAY |
| 17-FEB-2005 | MOTION TO VACATE<br>Affiliated Party: BROWN, NICOLE | |
| 07-JUL-2005 | ORDER ENTERED | 148 JUDGE DAMBRA |
| 07-JUL-2005 | ENTRY OF APPEARANCE | 148 JUDGE DAMBRA |
| 07-JUL-2005 | MOTION | |
| 12-JUL-2005 | AFFIDAVIT FILED | |
| 22-JUL-2005 | AFFIDAVIT FILED | |
| 22-JUL-2005 | MOTION FOR EXPARTE ORDER FILED | |
| 22-JUL-2005 | ORDER ENTERED | 54 JUDGE MURRAY |
| 22-JUL-2005 | ENTRY OF APPEARANCE | |
| 05-AUG-2005 | CONTINUED FOR MOTIONS | 107 GEN MAGISTRATE O'BRIEN |
| 05-AUG-2005 | ORDER TO ENTER | 107 GEN MAGISTRATE O'BRIEN |
| 16-AUG-2005 | CONTINUED FOR MOTIONS | 54 JUDGE MURRAY |
| 01-SEP-2005 | ORDER ENTERED | 54 JUDGE MURRAY |
| 06-SEP-2005 | CONTINUED FOR MOTIONS | 54 JUDGE MURRAY |
| 29-SEP-2005 | ORDER ENTERED | OBRIEN |
| 09-NOV-2005 | CONTINUED FOR MOTIONS | |
| 09-NOV-2005 | STIPULATION FILED<br>Affiliated Party: MURRAY, JUDGE | |
| 22-NOV-2005 | CONTINUED FOR REVIEW | |
| 03-JAN-2006 | ORDER ENTERED | MURRAY |
| 26-JAN-2006 | CONTINUED FOR REVIEW | |
| 26-JAN-2006 | ORDER TO ENTER | |
| 01-FEB-2006 | EMERGENCY MOTION FILED<br>Affiliated Party: MURRAY, JUDGE | |
| 01-FEB-2006 | MISCELLANEOUS MOTION FILED<br>Affiliated Party: RESENDES, LOUISA | |
| 01-FEB-2006 | AFFIDAVIT FILED<br>Affiliated Party: RESENDES, LOUISA | |
| 03-FEB-2006 | CONTINUED FOR MOTIONS | |
| 03-FEB-2006 | OBJECTION FILED | |
| 07-FEB-2006 | ENTRY OF APPEARANCE<br>Affiliated Party: BROWN, NICOLE | |
| 17-FEB-2006 | ORDER ENTERED | MURRAY |
| 17-FEB-2006 | CONTINUED FOR MOTIONS | MURRAY |
| 17-FEB-2006 | MOTION TO VACATE<br>Affiliated Party: BROWN, NICOLE | |
| 17-FEB-2006 | CASE SEALED | |

TRUE COPY ATTEST

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
FAMILY COURT DOMESTIC
CIVIL DOCKET SHEET

Case ID: P20042260M

LOUISA RESENDES vs. NICOLE BROWN
Next Scheduled Event: 10-JUL-2006 CONT.TRACK MOTION

DOCKET INFORMATION

| Date | Description | Text |
|---|---|---|
| 17-FEB-2006 | NOTICE OF APPEAL FEE | |
| 17-FEB-2006 | Payment Applied | A Payment of -$150.00 was made on receipt FDP2031. |
| 17-FEB-2006 | TRANSCRIPT(S) ORDERED | ESTIMATED TRANSCRIPT AMOUNT: $18.00 |
| 17-FEB-2006 | Payment Applied | A Payment of -$18.00 was made on receipt FDP2034. |
| 21-FEB-2006 | OBJECTION FILED<br>Affiliated Party: RESENDES, LOUISA | |
| 21-FEB-2006 | MOTION TO WITHDRAW<br>Affiliated Party: RESENDES, LOUISA | |
| 21-FEB-2006 | AFFIDAVIT FILED | |
| 21-FEB-2006 | TRANSCRIPT COMPLETED | ACTUAL TRANSCRIPT AMOUNT: $24.00 |
| 21-FEB-2006 | Payment Applied | A Payment of -$6.00 was made on receipt FDP2068. |
| 27-FEB-2006 | ORDER ENTERED<br>Affiliated Party: MURRAY, JUDGE | |
| 03-MAR-2006 | CONTINUED FOR MOTIONS | |
| 03-MAR-2006 | TERMS DECREE READ INTO REC | |
| 03-MAR-2006 | EVENT ENTERED IN ERROR | |
| 03-MAR-2006 | HEARD ON MOTION TO WITHDRAW<br>Affiliated Party: RESENDES, LOUISA | GRANTED |
| 03-MAR-2006 | ENTRY OF APPEARANCE<br>Affiliated Party: RESENDES, LOUISA | |
| 08-MAR-2006 | ORDER ENTERED<br>Affiliated Party: MURRAY, JUDGE | |
| 15-MAR-2006 | EVENT ENTERED IN ERROR | |
| 17-MAR-2006 | PASS FOR ENTRY OF ORDER | |
| 17-MAR-2006 | ANSWER FILED<br>Affiliated Party: RESENDES, LOUISA | |
| 17-MAR-2006 | AFFIDAVIT FILED | |
| 17-MAR-2006 | MISCELLANEOUS MOTION FILED | |
| 27-MAR-2006 | EMERGENCY MOTION FILED<br>Affiliated Party: RESENDES, LOUISA | TO MAKE ATTY. GENERALS OFFICE OF RI A PARTY TO THE MATTER<br>DENIED DAMBRA |
| 27-MAR-2006 | EMERGENCY MOTION FILED<br>Affiliated Party: RESENDES, LOUISA | TEMP. CUSTODY<br>DENIED DAMBRA |
| 27-MAR-2006 | AFFIDAVIT FILED<br>Affiliated Party: RESENDES, LOUISA | |
| 27-MAR-2006 | MISCELLANEOUS MOTION FILED | DENIED DAMBRA ANY REQUESTS TO BE HEARD BY JUDGE MURRAY ONLY |
| 04-APR-2006 | MOTION FOR CUSTODY FILED<br>Affiliated Party: RESENDES, LOUISA | |
| 04-APR-2006 | MISCELLANEOUS MOTION FILED<br>Affiliated Party: RESENDES, LOUISA | ADD 3RD PARTY |
| 04-APR-2006 | AFFIDAVIT FILED<br>Affiliated Party: RESENDES, LOUISA | |

CLERK
TRUE COPY ATTEST

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
FAMILY COURT DOMESTIC
CIVIL DOCKET SHEET

Case ID: P20042260M

LOUISA RESENDES vs. NICOLE BROWN
Next Scheduled Event: 10-JUL-2006 CONT.TRACK MOTION

DOCKET INFORMATION

| Date | Description | Text |
| --- | --- | --- |
| 04-APR-2006 | MISCELLANEOUS MOTION FILED<br>Affiliated Party: RESENDES, LOUISA | TO RECUSE |
| 04-APR-2006 | MISCELLANEOUS MOTION FILED<br>Affiliated Party: RESENDES, LOUISA | |
| 04-APR-2006 | MISCELLANEOUS MOTION FILED<br>Affiliated Party: RESENDES, LOUISA | SUPPRESS |
| 04-APR-2006 | MOTION TO REINSTATE<br>Affiliated Party: RESENDES, LOUISA | |
| 11-APR-2006 | OBJECTION FILED<br>Affiliated Party: BROWN, NICOLE | |
| 11-APR-2006 | OBJECTION FILED<br>Affiliated Party: BROWN, NICOLE | motion to recuse judge murray |
| 11-APR-2006 | OBJECTION FILED<br>Affiliated Party: BROWN, NICOLE | TO BRING THE AG OF STATE IN AS A PARTY TO CASE |
| 11-APR-2006 | OBJECTION FILED<br>Affiliated Party: BROWN, NICOLE | TO REINSTATE RIGHTS TO VISITATION AND COMMUNICATION |
| 11-APR-2006 | OBJECTION FILED<br>Affiliated Party: BROWN, NICOLE | SUPPRESS REPORT OF CHILD SERVICES INVESTIGATION |
| 11-APR-2006 | OBJECTION FILED<br>Affiliated Party: BROWN, NICOLE | TO TEMPORARY PHYSICAL CUSTODY |
| 11-APR-2006 | CONTINUED FOR MOTIONS | |
| 12-APR-2006 | NOTICE | Docket entry for the letter produced from CDAEVNT on 12-APR-2006 by DCUNNINGHAM. |
| 13-APR-2006 | MISCELLANEOUS MOTION FILED | |
| 13-APR-2006 | OBJECTION FILED | |
| 13-APR-2006 | OBJ TO MOTION TO ADJUDGE | |
| 13-APR-2006 | NOTICE | Docket entry for the letter produced from CDAEVNT on 13-APR-2006 by DCUNNINGHAM. |
| 05-MAY-2006 | MISCELLANEOUS MOTION FILED | FOR CONSIDERATION |
| 12-MAY-2006 | OBJ TO MISCELLANEOUS MOTION<br>Affiliated Party: RESENDES, LOUISA | |
| 12-MAY-2006 | OBJECTION FILED<br>Affiliated Party: RESENDES, LOUISA | TO GUARDIAN AD LITEM'S MOTION |
| 12-MAY-2006 | MISCELLANEOUS MOTION FILED<br>Affiliated Party: RESENDES, LOUISA | |
| 17-MAY-2006 | CONTINUED FOR TRIAL | |
| 17-MAY-2006 | TERMS DECREE READ INTO REC<br>Affiliated Party: MURRAY, JUDGE | |
| 22-MAY-2006 | ORDER ENTERED<br>Affiliated Party: MURRAY, JUDGE | |
| 22-MAY-2006 | ORDER ENTERED<br>Affiliated Party: MURRAY, JUDGE | |
| 31-MAY-2006 | ORDER ENTERED<br>Affiliated Party: MURRAY, JUDGE | |

CLERK
TRUE COPY ATTEST

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
FAMILY COURT DOMESTIC
CIVIL DOCKET SHEET

Case ID: P20042260M

LOUISA RESENDES vs. NICOLE BROWN
Next Scheduled Event: 10-JUL-2006 CONT.TRACK MOTION

DOCKET INFORMATION

| Date | Description | Text |
|---|---|---|
| 07-JUN-2006 | ORDER ENTERED | |
| 14-JUN-2006 | MOTION TO DISMISS<br>Affiliated Party: RESENDES, LOUISA | MOTION TO VACATE |
| 14-JUN-2006 | MOTION TO ADJUDGE IN COMTEMPT<br>Affiliated Party: RESENDES, LOUISA | |
| 14-JUN-2006 | MISCELLANEOUS MOTION FILED<br>Affiliated Party: RESENDES, LOUISA | |
| 19-JUN-2006 | PASSED<br>Affiliated Party: MURRAY, JUDGE | CASE REMOVED BY U.S. DISTRICT COURT |
| 21-JUN-2006 | PASSED<br>Affiliated Party: MURRAY, JUDGE | |

CLERK
TRUE COPY ATTEST