**STATE OF RHODE ISLAND** **FAMILY COURT**
**PROVIDENCE, SC.**

**LOUISA RESENDES**
**CHARLES SMITH** :
:
**vs.** : **M.P. #P04-2260M**
:
**NICOLE BROWN** :

## AMENDED COMPLAINT

## I. COUNT I - MISCELLANEOUS COMPLAINT FOR GUARDIANSHIP

1. Plaintiffs are common-law husband and wife, and are residents of the City of Cranston, County of Providence, State of Rhode Island.

2. Defendant, Nicole Brown, is presently residing with a family member in Providence, Rhode Island, said defendant having been recently evicted from her home.

3. Defendant, Nicole Brown, is the biological mother of Cameron Brown, born May 16, 2000.

4. In September of 2000, defendant authorized plaintiffs' daughter to bring Cameron to the plaintiffs' home for an overnight visit, the daughter having learned that Cameron was the plaintiffs' nephew. Previously, Cameron had been staying for approximately three weeks with the defendant mother's sister.

5. When defendant failed to either contact the plaintiffs, or pick up Cameron the following day, plaintiff Louisa Resendes contacted defendant, who requested that plaintiffs "keep" the baby for two weeks as she had to go to Alabama due to a death in the family.

RECEIVED

NOV 18 2004

FAMILY COURT
PRINCIPAL SUPERVISORY CLERK

TRUE COPY

OBINSON & ROBINSON
Attorneys at Law
158 Warwick Avenue
Cranston, R.I. 02905

15

6. Plaintiffs have had physical possession of Cameron ever since.

7. Over the past four years, Cameron has spent a total of three weeks, not consecutively, with his mother.

8. Over the past four years, defendant has never contributed to the support of Cameron, although she has been receiving continuous AFDC benefits on his behalf.

9. Recently, defendant requested that plaintiffs take her two other children, Laverte Brown, 12 years old, and Khavasey Brown, 8 years old. Khavasey did in fact stay with plaintiffs for the month of August, 2004.

10. Recently, defendant told plaintiffs that she is planning to move to Alabama and wants to take Cameron with her.

11. Over the past four years, defendant has had minimal and inconsistent visitation with Cameron; accordingly, plaintiffs believe that presently defendant is not a fit and proper person to have physical possession and custody of him.

12. Plaintiffs have witnessed defendant smoking marijuana and drinking alcohol to excess.

13. Plaintiffs believe that it is not in the best interest of Cameron to be reunified with the defendant at this time.

14. Plaintiffs believe that the minor child would be at risk of both physical and emotional harm if defendant is awarded physical custody of Cameron, and then moves to Alabama severing ties with the plaintiffs.

15. Plaintiffs have been the sole caretakers, the "de facto" parents of Cameron, since September of 2000. It is not in the best interest of Cameron that his relationship with the plaintiffs end abruptly, without a period of time to allow for Cameron's reunification with the defendant mother.

ROBINSON & ROBINSON
Attorneys at Law
158 Warwick Avenue
Cranston, R.I. 02905

CLERK
TRUE COPY ATTEST

***WHEREFORE***, plaintiffs respectfully request this Honorable Court enter an Order as follows:

1. Awarding them Guardianship and physical placement of the minor child, Cameron Brown;

2. Awarding defendant all reasonable rights of visitation with said minor child.

3. Ordering defendant to attend parenting classes;

4. Restraining and enjoining the defendant from permanently removing the minor child from the State of Rhode Island;

5. Granting such other and further relief as this Honorable Court shall deem meet.

## II. COUNT II

16. Plaintiffs restate and reallege paragraphs 1 through 15 of Count I, as if fully set forth herein.

17. As a result of plaintiffs being the "de facto" parents of Cameron Brown, they are "interested parties" pursuant to R.I.G.L. 15-8-26, to "bring an action to determine the existence or non-existence of a mother and child relationship," as well as a father and child relationship.

18. It is in the best interest of Cameron Brown that plaintiffs be awarded custody and/or visitation rights with him.

***WHEREFORE***, plaintiffs request this Honorable Court enter an Order as follows:

1. Finding that plaintiffs are, and have been, the "de facto" parents of Cameron Brown;

2. Awarding plaintiffs custody and/or visitation rights with Cameron Brown;

CLERK
TRUE COPY ATTEST

OBINSON & ROBINSON
Attorneys at Law
158 Warwick Avenue
Cranston, R.I. 02905

3. Restraining and enjoining defendant from permanently removing Cameron Brown from the State of Rhode Island;

4. Ordering that Rhode Island is the home state of Cameron Brown;

5. Ordering defendant to submit to DNA or chemical analysis to determine drug usage;

6. Granting such other and further relief as this Honorable Court shall deem meet.

Plaintiffs,

By their attorney,

STEVEN A. ROBINSON, ESQUIRE #4000
158 Warwick Avenue
Cranston, RI 02905
(401) 785-3400
(401) 781-0160 - Fax

**CERTIFICATION**

I hereby certify that I have mailed a true and exact copy of the within **AMENDED COMPLAINT** to David J. Colantonio, Esq., 454 Broadway, Providence, RI 02909 on the 17th day of ~~October~~ November, 2004.

CLERK

TRUE COPY ATTEST

OBINSON & ROBINSON
Attorneys at Law
158 Warwick Avenue
Cranston, R.I. 02905