STATE OF RHODE ISLAND
PROVIDENCE, SC.

FAMILY COURT

LOUISA RESENDES
CHARLES SMITH

VS.

C.A NO.: 04-2260M

NICOLE BROWN

## ANSWER TO AMENDED COMPLAINT

NOW comes the Defendant, Nicole Brown, in the above-captioned matter, by and through her attorney, and Answers the Plaintiffs' Amended Complaint as follows:

### COUNT I

1. Defendant neither admits nor denies but leaves Plaintiffs to their proof thereof.
2. Defendant neither admits nor denies but leaves Plaintiffs to their proof thereof.
3. Admitted.
4. Denied.
5. Denied.
6. Denied.
7. Denied.
8. Denied.
9. Denied.
10. Admitted.
11. Denied.
12. Denied.
13. Denied.
14. Denied.
15. Denied.

### AFFIRMATIVE DEFENSES

1. Plaintiffs lack standing to maintain this action.
2. This Honorable Court lacks subject-matter jurisdiction.

WHEREFORE, Defendant, Nicole Brown, prays that this Honorable Court deny and dismiss Plaintiffs Complaint in its entirety, with prejudice, and grant her any other and further relief that this Honorable Court deems proper and just.

COUNT II

JAN 10 ... 1: 50

TRUE COPY ATTEST

16. Defendant neither admits nor denies but leaves Plaintiffs to their proof thereof.
17. Denied.
18. Denied.

## AFFIRMATIVE DEFENSES

1. Plaintiffs lack standing to maintain this action.
2. This Honorable Court lacks subject-matter jurisdiction.

WHEREFORE, Defendant, Nicole Brown, prays that this Honorable Court deny and dismiss Plaintiffs Complaint in its entirety, with prejudice, and grant her any other and further relief that this Honorable Court deems proper and just.

Nicole Brown,
By her attorney,

David J. Colantonio (5882)
454 Broadway
Providence, RI 02909
(401) 751-3900

## CERTIFICATION

I hereby certify that I hand-delivered a true copy of the within Answer to Steven A. Robinson, Esquire, 158 Warwick Ave., Cranston, RI 02905 on the 10th day of January, 2005.

CLERK

TRUE COPY ATTEST