UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LOUISA RESENDES
CHARLES SMITH

V. C.A. NO. 06-286ML

NICOLE BROWN

**ITEMS ATTACHED**

1. Correspondence to US Attorney General Robert C. Corrente, cover letter (1 page); copy of complaint (pages 1-3) (ref. page 7of plaintiffs Objection).

2. Correspondence from US Attorney General's Office (1page).

3. Correspondence from RI State Attorney General's Office (1 page).

Respectfully submitted,

Plaintiffs,

Pro se,

Louisa Resendes
Charles Smith

LOUISA RESENDES
CHARLES SMITH
51 Drowne St.
Cranston RI., 02905
(401) 935-7432
(401) 374-6859

**CERTIFICATION**

We hereby certify that on the 29th day of July, 2006, a true copy of the within was mailed to the following:

U.S Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530

U.S. Attorney District of RI
50 Kennedy Plaza 8th Floor
Providence, RI 02903

RI State Attorney General
150 South Main Street
Providence, RI 02903

RI State Police
311 Danielson Pike
Scituate, RI 02857

Witness Protection Review Board
82 Smith Street
State Room 217
Providence, RI 02903

Denise C. Aiken, Esq.
RI Legal Services
56 Pine Street
Providence, RI 02903

Jan Head, Esq.
1345 Warwick Avenue
Warwick, RI 02888

Louisa Resendes Charles Smith
LOUISA RESENDES/CHARLES SMITH

51 Drowne St.
Cranston RI., 02905
February 6, 2006

U.S. Attorney's Office
District of RI.
50 Kennedy Plaza
Providence RI., 02903

Attention: Mr. Robert C. Corrente, U.S. Attorney

The United States of America is the greatest country in the world in all of its splendor of dreams come true, freedom and human rights. As such it is not only my right but my duty to contribute as a member of society in keeping its splendor and integrity intact, so that this great beloved country may continue to serve as an example to all other nations and give hope to human kind.

Please assist me in fulfilling this humble effort by reviewing the claim enclosed, so that it may receive prompt attention, due to the sensitive nature involving a (5) year old child.

Thank You,

Louisa Resendes

Louisa Resendes

51 Drowne St.
Cranston RI. , 02905
February 6, 2006

Attorney General's Office
150 South Main St.
Providence RI. , 02903

Attention: Criminal Investigations

Please find enclosed information related to the matter of Louisa Resendes and Charles Smith VS Nicole Brown as a reference to the complaint that follows.

We (Louisa Resendes and Charles Smith) the adjudged De-facto parents of Cameron Brown (DOB 5-16-00) claim:

1- The Attorney General is obstructing justice by violating the US Code Title 18 Part II, Chapter 224, Sections 3523 and 3524 pertaining to civil judgements and child custody arrangements as well as Section 3521 pertaining to witness relocation and protection.

2- The Attorney General is abusing its discretionary power and authority in the following:

a- court ordered documents

b- influencing and obstructing court proceedings

c- endangering the physical and mental safety of a minor child

d- endangering the physical safety of the De-facto parents of the minor child

e- obstructing criminal proceedings

f- encouraging adult criminal acts

3- The Attorney General in its over eagerness to pursue its own agenda is willfully violating constitutional rights inflicting the following:

a- emotional harm / pain and suffering upon a minor child

b- obstructing civil and legal rights of a minor child

c- distress / pain and suffering upon the De-facto parents of the minor child

d- obstructing civil and legal rights of the De-facto parents of the minor child

e- financial burden upon the De-facto parents of the minor child

As such and in order to prevent further harm on the account of this minor child, whom we have lovingly cared for since the age of (4) months, we urge that the appropriate division of this office act expeditiously on the investigation of this claim.

List of documents and other related reports enclosed:

1- Stipulation 1-18-05

2- Police report #05-30677 7-6-05

3- Temporary custody order (for the mental and physical safety of) 7-7-05 (this order was vacated on 8-5-05 by Judge O'Brien)

4- Re-enforcement of custody order of 7-7-05 (this order was vacated on the same day it was issued (7-22-05) upon representations of the Attorney General's office)

5- Complaint to the Dept. of Human Services - Fraud Unit 10-5-04 and 10-3-05 (Cindy Salzillo - investigator) this complaint resulted conclusive

Louisa Resendes

Charles Smith

cc;
Robert C. Corrente , US Attorney , District of RI

Note: Please be advised that (cc's) of this complaint will also be sent to other identities, including but not limited to: US Attorney General, Children's Bureau ACF, ACLU.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Loreesa Lavendier
51 Drowne St
Cranston RI 02905

C026

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney's Office
District of RI
50 Kennedy Plaza 8th Floor
Providence RI 02903
Attn: Robert C. Corrente

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): J Alam[illegible]

C. Date of Delivery: 3/9

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 2510 0001 4042 4927

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

C028

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name ) FEB C. Date of Delivery 9 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB - 9 2006
DEPARTMENT OF ATTORNEY GENERAL

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7004 2510 0001 4042 4984

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

U.S. Department of Justice

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

February 13, 2006

Ms. Louisa Resendes
51 Drowne Street
Cranston, Rhode Island 02905

Re: Complaint Against the Attorney General of Rhode Island

Dear Ms. Resendes:

I have received and reviewed your letter of February 6, 2006, along with the enclosed complaint. I cannot determine the precise nature of your complaint from the documents that you supplied. Although you generally describe a matter involving child custody and witness protection, five other documents that you claim were enclosed with your letter were not there.

I would have called you but you did not furnish a telephone number. Please provide more information, supply the missing documents, or call me to explain the problem.

Sincerely yours,

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

State of Rhode Island and Providence Plantations

**DEPARTMENT OF ATTORNEY GENERAL**
150 South Main Street • Providence, RI 02903
(401) 274-4400
TDD (401) 453-0410

*Patrick C. Lynch, Attorney General*

April 11, 2006

Ms. Louisa Resendes
56 Drowne Street
Cranston, RI 02903

Dear Ms. Resendes:

I am writing regarding your letter of February 6, 2006, addressed to "Criminal Investigations."

Please be advised that this office does not investigate complaints against itself, nor would we conduct a criminal investigation for such an alleged criminal case. The local, State or Federal law enforcement authorities conduct investigations.

If you believe that a crime has been committed, I would urge you to file a complaint with the appropriate agency so that it may be investigated; i.e., State or local police, or the Federal Bureau of Investigation.

Very truly yours,

James F. Dube,
Special Assistant Attorney General
Narcotics & Organized Crime

JFD/nj