UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LOUISA RESENDES
CHARLES SMITH

v. C.A. 06-286ML

NICOLE BROWN and
UNITED STATES OF AMERICA

ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin dated November 2, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The defendant's, United States of America, motion to dismiss is GRANTED.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
November 30, 2006

Entered as an Order of this Court on November 30, 2006

Barbara Barletta
Deputy Clerk