51 Drowne Street
Cranston RI., 02905
December 7, 2006

Magistrate Judge David L. Martin
United States District Court
Providence RI., 02903

**Case Name:** Resendes et al v. Brown et al

**Case Number:** 1:06-cv-286

**Reference:** NOTICE AND ORDER of Hearing : Rule 16 Conference set for 12-15-06 10:00 AM.

Pro se, Plaintiff's Louisa Resendes and Charles Smith, respectfully address the Honorable Magistrate Judge Martin's Court in reference to the above Notice and Order of Hearing to inquire of the Honorable Court how to proceed in the above entitled matter in order to have the matter remanded back to the Rhode Island Family Court.

The matter is on the Rhode Island Family Court's Calendar for December 18, 2006 before the Honorable Justice Howard Lipsey, for a hearing on the Plaintiff's Motion (filed on their behalf by their attorney, Stephen Robinson ) to Reinstate the Communication and Visitation Rights awarded to Plaintiffs as the de-facto parents of the minor child Cameron Brown and per the Court Stipulation of the Rhode Island Family Court of January 18, 2005.

Pro se, Plaintiff's respectfully address this inquiry and humbly request the Honorable Court's consideration and prompt attention to their inquiry, in order that they may not only benefit from their right to legal representation and expertise of their attorney as well as in order that the best interest of the minor child Cameron Brown may be served expeditiously, preventing therefore further mental and emotional harm upon this minor child whom above all rights has the right to be treated as an important human being and the freedom to receive love from and express love for his de-facto parents.

The Honorable Justice Black of the United States Supreme Court, once wrote that "the principal function of procedural rules should be to… help, not hinder, persons who have a legal right to bring their problems before the courts."

On May 2004, the Washington Court of Appeals strongly urged trial courts to consider the best interests of children in dependency, parentage, visitation, custody and support proceedings, the court wrote, adding, "To act on their behalf and represent their interests would be appropriate and in the interests of justice."

Pro se Plaintiff's, therefore respectfully pray this Honorable Court may act on the behalf of the minor child Cameron Brown and represent his interests, accordingly, and the interests of justice, in allowing the hearing to take place on December 18, 2006 at the Rhode Island Family Court.

Respectfully,

Pro Se,

Plaintiffs,

Louisa Resendes

Charles Smith

CERTIFICATION

We hereby certify that a true copy of the within was mailed to Denise Aiken Esq., Rhode Island Legal Services, 56 Pine Street, Providence RI., 02903 and Jan W. Head Esq., 1345 Warwick Ave., Warwick RI., 02888, on the 7th day of December 2006.

Louisa Resendes

Charles Smith