UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LOUISA RESENDES and
CHARLES SMITH

v. CA 06-286 ML

NICOLE BROWN, et al.

## ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Martin on January 9, 2007. I have reviewed the Report and Recommendation and adopt it in its entirety. Plaintiffs' Motion to Remand to the Rhode Island Family Court is granted.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
Chief Judge
January 25, 2007